**Order entered October 15, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-15-01256-CV

---

**IN RE PROASSURANCE INSURANCE COMPANY, Relator**

**Original Proceeding from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. 352,923-401**

---

## ORDER

Before Chief Justice Wright, Justice Bridges and Justice Stoddart

Before the Court are relator's motion to seal portions of the mandamus record and motion for temporary relief pending determination of relator's petition for writ of mandamus. We **GRANT** the motion to seal portions of the mandamus record and **ORDER SEALED** the pages of the mandamus record designated as MR 140–175, MR 219–242, and MR 262–285. We **ORDER STAYED** the trial court's October 5, 2015 Order on Plaintiffs' Third Amended Motion for An Order to Show Cause, including, but not limited to, the hearing presently scheduled for October 19, 2015 at 1:45 p.m.

The petition for writ of mandamus remains pending before the Court. The Court requests that real parties in interest and respondent file their response to the petition, if any, on or before October 27, 2015.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE